UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMI L. BERNAL, et al., on behalf
of themselves and others similarly
situated,

    Plaintiffs,

v.                                     CASE NO. 1:08-CV-508

TRUEBLUE, INC., a Washington        HON. ROBERT HOLMES BELL
corporation, LABOR READY, INC.,
a Washington corporation, and LABOR
READY MIDWEST, INC., a
Washington corporation,

    Defendants.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Plaintiffs' motion to supplement their response in opposition to Defendants' motion for summary judgment with four additional exhibits: (1) the final deposition transcript of Mike Hastings; (2) the final deposition transcript of Germayne Y. Washington; (3) the final deposition transcript of Khristi Washington; and (4) a declaration of Tammy Wedgewood. (Dkt. No. 61.) Defendants resist the motion primarily because the declaration of Tammy Wedgewood includes a sign that was allegedly posted in the Labor Ready dispatch office on 28th Street in Wyoming, Michigan, and because Defendants' did not have an opportunity to depose Ms. Wedgewood regarding this sign or

her declaration. In its discretion, the Court will **GRANT** Plaintiffs' motion to supplement their response in opposition to Defendants' motion for summary judgment (Dkt. No. 61), but the Court will **HOLD IN ABEYANCE** for one month its consideration of Defendants' motion for summary judgment (Dkt. No. 45), in order to provide Defendants with an opportunity to depose Ms. Wedgewood regarding her declaration and the attached sign, and to file an additional brief, not to exceed five pages, responding to Plaintiffs' motion to supplement their response (Dkt. No. 61).

**IT IS SO ORDERED**.


Dated: May 19, 2010                              /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 UNITED STATES DISTRICT JUDGE